IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JENNIFER CANASKI, BRITTANY PIAZZA,
AND PAMELA NECAISE                                                            PLAINTIFFS

v.                                                               CIVIL NO.: 1:15CV344-HSO-JCG

MID MISSISSIPPI PROPERTIES, INC., et al.                   DEFENDANTS

## FINAL JUDGMENT

The claims of Plaintiffs Jennifer Canaski, Brittany Piazza, and Pamela Necaise, against Defendant Mid Mississippi Properties, Inc., came on for trial before the Court and a jury on the 13th day of February, 2017, and concluded on the 15th day of February, 2017, Honorable Halil Suleyman Ozerden, United States District Judge, presiding.   The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form for each Plaintiff, the jury retired to consider the verdict.

The jury returned upon their oaths, into open Court, a unanimous verdict as to each Plaintiff.   The jury returned a unanimous verdict finding in favor of Plaintiff Jennifer Canaski on her sexual harassment claim against Defendant Mid Mississippi Properties, Inc.   The jury unanimously found in favor of Defendant on Plaintiff Canaski's retaliation claim.   The jury awarded Plaintiff Canaski $6,400.00 in economic damages and $3,600.00 in noneconomic damages.

The jury returned a unanimous verdict finding in favor of Plaintiff Brittany Piazza on her sexual harassment claim against Defendant Mid Mississippi

1

Properties, Inc. The jury unanimously found in favor of Defendant on Plaintiff Piazza's retaliation claim. The jury awarded Plaintiff Piazza $5,600.00 in economic damages and $15,000.00 in noneconomic damages.

The jury returned a unanimous verdict finding in favor of Plaintiff Pamela Necaise on her retaliation claim against Defendant Mid Mississippi Properties, Inc. The jury unanimously found in favor of Defendant on Plaintiff Necaise's sexual harassment claim and wrongful termination claim. The jury awarded Plaintiff Necaise $6,600.00 in economic damages.

In accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff Jennifer Canaski is awarded a judgment against Defendant Mid Mississippi Properties, Inc. in the amount of $6,400.00 in actual economic damages and $3,600.00 in total noneconomic damages, for a total judgment of $10,000.00, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Plaintiff Brittany Piazza is awarded a judgment against Defendant Mid Mississippi Properties, Inc. in the amount of $5,600.00 in actual economic damages and $15,000.00 in total noneconomic damages, for a total judgment of $20,600.00, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Plaintiff Pamela Necaise is awarded a judgment against Defendant Mid Mississippi Properties, Inc. in the amount of $6,600.00 in actual economic damages, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Plaintiff Jennifer Canaski's retaliation claim, Plaintiff Brittany Piazza's retaliation claim, and Plaintiff Pamela Necaise's sexual harassment and wrongful termination claims against Defendant Mid Mississippi Properties, Inc. are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that in accordance with the jury's unanimous verdict, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 16th day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE